# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 6, 2017

In re:

RM Techtronics LLC

Debtor*

Case Number: 17–21223 jjt
Chapter: 7

### ORDER DISMISSING CHAPTER 7 CASE FOR FAILURE TO CURE DEFICIENCY

A Deficiency Notice/Notice of Dismissal of case was issued in the above–referenced case on August 15, 2015, for failure of the Debtor(s) to file all missing documents pursuant to Federal Rule of Bankruptcy Procedure 1007, and Local Bankruptcy Rule 1007–1 and 1007–2 as amended or revised, and/or failure to pay the filing fee pursuant to Federal Rule of Bankruptcy Procedure 1006(a), (the "Deficiency Notice", ECF No. 4).

The Debtor has failed to timely cure any and/or all deficiencies set forth in the Deficiency Notice; it is hereby

**ORDERED:** The Debtor's Chapter 7 case is **DISMISSED WITHOUT PREJUDICE** .

Dated: September 6, 2017

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113 – kv

*For the purposes of this order, "Debtor" means "Debtors" where applicable.